# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Traci Michelle Green<br>                Debtor(s) | |
| | CHAPTER 13 |
| Gateway Mortgage Group, a division of Gateway First Bank, its successors and/or assigns<br>                Movant<br>    vs. | |
| | NO. 19-13014 JKF |
| Traci Michelle Green<br>                Debtor(s) | |
| Scott Waterman<br>                Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Gateway Mortgage Group, a division of Gateway First Bank, which was filed with the Court on or about **August 2, 2019 docket number 15**.

                                            Respectfully submitted,

                                         By: **/s/ Rebecca A. Solarz, Esquire**
                                               Rebecca A. Solarz, Esquire
                                               KML Law Group, P.C.
                                             BNY Mellon Independence Center
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA  19106
                                             215-627-1322
                                             Attorney for Movant/Applicant

December 3, 2019