UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Michelle Traci Green** | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor | ) | |
| | ) | Bankruptcy No.: **19-13014\jkf** |

ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee award:     $5,000.00
Amounts already paid by Debtor:     $500.00

Net amount to be paid by ~~Trustee~~     **$4,500.00**
in accordance with the Chapter 13 plan

The net amount is to be paid ~~by the Trustee~~ to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

*/s/ Jean K. FitzSimon*
_____
Bankruptcy Judge

Dated: December 31, 2019

Copies to:

Michael D. Sayles, Esquire
427 W. Cheltenham Avenue
Elkins Park, PA  19027

Scott Waterman
PO Box 40119
Philadelphia, PA 19107