## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| **In Re:** : | |
| : | **Chapter 13** |
| **Traci Michelle Green** : | **Case No. 19-13014-JKF** |
| Debtor, : | |
| ----------------------------------------------------: | |
| Gateway Mortgage Group, a division : | |
| of Gateway First Bank : | |
| : | |
| Movant, : | |
| v. : | Hearing: May 12, 2020 at 9:30 a.m. |
| : | Courtroom # 3 |
| Traci Michelle Green : | |
| Debtor, : | |
| and : | |
| : | |
| Scott F. Waterman, Esquire : | 11 U.S.C. §362(d) and §1301 |
| Trustee, : | |
| : | |
| Respondents. : | |
| ----------------------------------------------------: | |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Gateway Mortgage Group, a division of Gateway First Bank, has filed a motion for relief from automatic stay under §362(d) and §1301 co-debtor stay with the court to permit Movant to pursue its rights in the property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*7973 Temple Road, Philadelphia, PA 19150*

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

1) If you do not want the Court to grant Movant relief from the automatic stay and co-debtor stay regarding the above property, or if you want the court to consider your

views on the motion, then on or before April 27, 2020, you or your attorney must do all of the following:

    a) File with the Court a written response to Movant's motion explaining your position. Your response must be filed with the Bankruptcy Clerk, at the United States Bankruptcy Court, Eastern District of Pennsylvania, Bankruptcy Clerk of Courts, 900 Market Street, Suite 400, Philadelphia, PA 19107. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it** on or before the date stated above:

    b) You must also mail a copy to:

| | |
|---|---|
| Brian E. Caine, Esquire | Scott F. Waterman, Esquire |
| PARKER, McCAY, P.A. | Chapter 13 Trustee |
| 9000 Midlantic Drive, Ste 300 | 2901 St. Lawrence Ave, Suite 100 |
| P.O. Box 5054 | Reading, PA 19606 |
| Mt. Laurel, NJ 08054 | *Chapter 13 Trustee* |
| *Attorney for Movant* | |

2) If you or your attorney do not take the steps described in Paragraph 1(a) and Paragraph 1(b) and attend the hearing, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief requested in the motion.

3) A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on May 12, 2020 at 9:30 a.m., United States Bankruptcy Court, Eastern District of Pennsylvania, Bankruptcy Clerk of Courts, 900 Market Street, Suite 400, Courtroom #3, Philadelphia, PA 19107.

4) If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a1 copy from the attorney named in paragraph 1(b).

5) You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: 4/13/2020                    By:/s/Brian E. Caine
                                                **BRIAN E. CAINE**
ATTORNEY FOR MOVANT
PA ID# 86057
Parker, McCay, P.A.
9000 Midlantic Drive, Ste 300
P.O. Box 5054
Mt. Laurel, NJ 08054
(856) 985-4059
bcaine@parkermccay.com