IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Traci Green**          :          Bankruptcy No.: **19-13014\jkf**

                                :

                                :

DEBTOR                          :          CHAPTER  13


### ADDENDUM TO DEBTOR'S AMENDED
### CHAPTER 13 PLAN POST CONFIRMATION


Debtor shall tender, over the course of her Amended Chapter 13 Plan Post Confirmation, an

additional payment in the amount of **$640.98** to the Office of the Chapter 13 Standing Trustee Scott

Waterman


Date: June 8, 2020


**\s\ Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor
427 West Cheltenham Ave.
Suite #2
Elkins Park, PA  19027
Tel:  215-635-2270
midusa1@comcast.net