UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Traci Green** : | | Bankruptcy No.: **19-13014\jkf** |
| : | | |
| : | | |
| DEBTOR : | | CHAPTER 13 |

### PRAECIPE OF DEBTOR TO WITHDRAW ADDENDUM TO DEBTOR'S AMENDED CHAPTER 13 PLAN POST CONFIRMATION

**To the Clerk, United States Bankruptcy Court:**

Kindly withdraw ADDENDUM TO DEBTOR'S AMENDED CHAPTER 13 PLAN POST CONFIRMATION Docket Number 47 & filed on June 8, 2020, for the record.

Respectfully Submitted,

By: \s\ **Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor

Dated: June 9, 2020