IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Traci Green**  :  Bankruptcy No.: **19-13014\jkf**
:
:
DEBTOR  :  CHAPTER  13

## ADDENDUM TO DEBTOR'S AMENDED
## CHAPTER 13 PLAN POST CONFIRMATION

Debtor shall tender, over the course of her Amended Chapter 13 Plan Post Confirmation, an additional payment in the amount of **$832.53** to the Office of the Chapter 13 Standing Trustee Scott Waterman

Date: June 9, 2020

**\s\ Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor
427 West Cheltenham Ave.
Suite #2
Elkins Park, PA  19027
Tel:  215-635-2270
midusa1@comcast.net