UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Michelle Green** | : | CHAPTER: 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.: **19-13014/JKF** |

## ORDER OF COURT

**AND NOW**, this _____ day of _____ 2020, **after notice and hearing**, and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED, ADJUDGED and DECREED** that the Motion is granted.

By the Court: _____

Hon. Jean K. FitzSimon
U.S. Bankruptcy Court Judge

**Date: June 10, 2020**