United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Traci Michelle Green  
    Debtor  

Case No. 19-13014-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW              Page 1 of 1        Date Rcvd: Jun 10, 2020
                            Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.
db             +Traci Michelle Green,    7973 Temple Road,    Philadelphia, PA 19150-2115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:
      BRIAN E. CAINE    on behalf of Creditor    Gateway Mortgage Group, a division of Gateway First Bank bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      KEVIN G. MCDONALD    on behalf of Creditor    Gateway Mortgage Group, a division of Gateway First Bank bkgroup@kmllawgroup.com
      MICHAEL D. SAYLES    on behalf of Debtor Traci Michelle Green midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Gateway Mortgage Group, a division of Gateway First Bank bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                   TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Michelle Green**            :        CHAPTER: 13
                                     :
                                     :
DEBTOR                               :        BANKRUPTCY NO.: **19-13014/JKF**

# ORDER OF COURT

**AND NOW**, this _____ day of _____ 2020, **after notice and hearing**, and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED, ADJUDGED and DECREED** that the Motion is granted.

By the Court: *Jean K. FitzSimon*

**Date: June 10, 2020**

Hon. Jean K. FitzSimon
U.S. Bankruptcy Court Judge