IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Traci Green** | : | CHAPTER: 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **19-13014** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, counsel for the Debtor in the above-captioned case, hereby certify that the Chapter 13 Standing Trustee and/or any other party of interest has filed a responsive pleading to **Debtor's Motion to Modify Plan after Confirmation**.

Respectfully Submitted,

Dated: **August 17, 2020**       \s\ **Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue
Elkins Park, PA  19027
215/635-2270
Midusa1@comcast.net