UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Traci Green** | : | CHAPTER: 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.: **19-13014\AMC** |

## ORDER OF COURT

**AND NOW**, this _____ day of _____ 2020, **after notice and hearing**, and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED and DECREED** that the Motion is granted.

By the Court:

_____
U.S. Bankruptcy Court Judge

**Date: August 18, 2020**