## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-13014(AMC) |
| TRACI MICHELLE GREEN | : | CHAPTER 13 |
| | : | |
| Debtor | : | HEARING SCHEDULED FOR |
| | : | NOVEMBER 4, 2020 AT 11:00 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

## **CERTIFICATE OF SERVICE**

Lavin, Cedrone, Graver, Boyd & DiSipio, by the undersigned, hereby certifies that a copy of Ally Bank's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on October 9, 2020, upon the following individuals:

                                                Lavin, Cedrone, Graver, Boyd & DiSipio

DATED:  October 9, 2020           By:   /s/ Regina Cohen
                                                             Regina Cohen, Esquire
                                                             Attorneys for Ally Bank

## **SERVICE LIST**

Michael D. Sayles, Esquire
427 West Cheltenham Avenue
Suite #2
Elkins Park, PA 19027
(Via ECF Only)

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)

Traci Michelle Green
7973 Temple Road
Philadelphia, PA 19150

2192845v1