IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 19-13014(AMC) |
| TRACI MICHELLE GREEN | : CHAPTER 13 |
| | : |
| Debtor | : HEARING SCHEDULED FOR |
| | : NOVEMBER 4, 2020 AT 11:00 A.M. |
| | : UNITED STATES BANKRUPTCY COURT |
| | : 900 MARKET STREET |
| | : PHILADELPHIA, PENNSYLVANIA 19107 |

### ORDER GRANTING ALLY BANK
### RELIEF FROM THE AUTOMATIC STAY
### AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER

On this _____ day of _____, 2020, after notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank with respect to the motor vehicles identified as a 2017 Nissan Pathfinder, VIN: 5N1DR2MM2HC667173 (the "Vehicle"); is hereby terminated effective the date of this Order;

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Bank may act immediately upon entry of this Order; and

FURTHER RESOLVED, that Ally Bank may take such *in rem* actions and seek such *in rem* remedies as are permitted by the Retail Installment Sale Contracts, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicles.

**Date: November 4, 2020**

FOR THE COURT:

_____
ASHELY M. CHAN
United States Bankruptcy Judge

Copies mailed to: See attached service list.

## SERVICE LIST

Regina Cohen, Esquire
LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106


Michael D. Sayles, Esquire
427 West Cheltenham Avenue
Suite #2
Elkins Park, PA 19027


Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606


United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106


Traci Michelle Green
7973 Temple Road
Philadelphia, PA 19150