UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  **Traci Michelle Green** | : | CHAPTER:  13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.: **19-13014/amc** |

ORDER OF COURT

**AND NOW,** this _____ day of _____ 2020, **after** notice and hearing, upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

**It is hereby Ordered that the Motion is granted.**

By the court: _____

**Date: January 6, 2021**

US Bankruptcy Judge