United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Traci Michelle Green  
    Debtor(s)

Case No. 19-13014-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jan 06, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Traci Michelle Green, 7973 Temple Road, Philadelphia, PA 19150-2115 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:

**Name**     **Email Address**

BRIAN E. CAINE  
    on behalf of Creditor Gateway Mortgage Group a division of Gateway First Bank bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

KEVIN G. MCDONALD  
    on behalf of Creditor Gateway Mortgage Group a division of Gateway First Bank bkgroup@kmllawgroup.com

MICHAEL D. SAYLES  
    on behalf of Debtor Traci Michelle Green midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

REBECCA ANN SOLARZ  
    on behalf of Creditor Gateway Mortgage Group a division of Gateway First Bank bkgroup@kmllawgroup.com

REGINA COHEN  
    on behalf of Creditor Ally Bank rcohen@lavin-law.com ksweeney@lavin-law.com

SCOTT F. WATERMAN (Chapter 13)

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 06, 2021 | Form ID: pdf900 | Total Noticed: 1 |

ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Traci Michelle Green** | : | CHAPTER: 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.: **19-13014/amc** |

### ORDER OF COURT

**AND NOW,** this _____ day of _____ 2020, **after notice and hearing**, upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

**It is hereby Ordered that the Motion is granted.**

By the court: _____
US Bankruptcy Judge

**Date: January 6, 2021**