UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
4/26/2021

To:  MICHAEL D. SAYLES
Sayles and Associates
427 West Cheltenham Avenue, Suite #2
Elkins Park, PA 19027-3201

In re: Traci Michelle Green.
Bankruptcy No. 19-13014-amc
Adversary No.
Chapter 13

Re:  Supplemental Application for Compensation

The above pleading was filed in this office on 3/18/2021.  Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

```
()    Affidavit
()    Certificate of Service
(xx)  Certification of no response
()    Notice pursuant to Rule 9019
()    Notice pursuant to Rule 2002
()    Notice pursuant to Rule 3007.1
()    Proof of Claim number not noted on
         objection pursuant to Rule 3007.1(a)
()    Proposed Order
()    Stipulation
()    Certification of Default
()    Other
```

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice.  Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk


By:  _____C. Wagner_____
Deputy Clerk

status.frm
(rev. 11/26/2018)