| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
Chapter 13 Case No. 19-13014-AMC

| | |
|---|---|
| TRACI MICHELLE GREEN | Petition Filed Date: 05/09/2019 |
| 7973 TEMPLE ROAD | 341 Hearing Date: 07/12/2019 |
| PHILADELPHIA  PA    19150 | Confirmation Date: 12/04/2019 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/24/2020 | $800.00 | 108585223010 | 05/12/2020 | $400.00 | 108750222680 | 05/12/2020 | $1,000.00 | 108750222670 |
| 03/15/2021 | $500.00 | 108424975032 | 05/10/2021 | $500.00 | 108907996153 | 06/02/2021 | $520.00 | 108907999288 |

**Total Receipts for the Period:  $3,720.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,720.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,193.06 | $0.00 | $1,193.06 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $1,126.81 | $0.00 | $1,126.81 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $2,515.31 | $0.00 | $2,515.31 |
| 4 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>»» 004 | Unsecured Creditors | $6,349.53 | $0.00 | $6,349.53 |
| 5 | PHILADELPHIA PARKING AUTHORITY<br>»» 005 | Unsecured Creditors | $574.00 | $0.00 | $574.00 |
| 6 | COMCAST INC<br>»» 006 | Unsecured Creditors | $1,554.18 | $0.00 | $1,554.18 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $4,372.54 | $0.00 | $4,372.54 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $273.20 | $0.00 | $273.20 |
| 9 | GATEWAY MORTGAGE GROUP LLC<br>»» 008 | Mortgage Arrears | $12,099.16 | $0.00 | $12,099.16 |
| 10 | QUANTUM3 GROUP LLC as agent for<br>»» 009 | Unsecured Creditors | $1,063.92 | $0.00 | $1,063.92 |
| 11 | QUANTUM3 GROUP LLC as agent for<br>»» 010 | Unsecured Creditors | $261.04 | $0.00 | $261.04 |
| 12 | QUANTUM3 GROUP LLC as agent for<br>»» 011 | Unsecured Creditors | $630.97 | $0.00 | $630.97 |
| 13 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $547.91 | $0.00 | $547.91 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 013 | Unsecured Creditors | $1,139.19 | $0.00 | $1,139.19 |
| 15 | MIDLAND CREDIT MANAGEMENT INC<br>»» 014 | Unsecured Creditors | $1,865.48 | $0.00 | $1,865.48 |
| 16 | CVI SGP-CO ACQUISITION TRUST<br>»» 015 | Unsecured Creditors | $330.73 | $0.00 | $330.73 |

**Chapter 13 Case No. 19-13014-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 17 | FEDERAL LOAN SERVICING<br>»» 016 | Unsecured Creditors | $72,855.72 | $0.00 | $72,855.72 |
| 18 | ALLY FINANCIAL<br>»» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $361.78 | $0.00 | $361.78 |
| 20 | DEPARTMENT STORE NATIONAL BANK<br>»» 019 | Unsecured Creditors | $604.88 | $0.00 | $604.88 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $434.90 | $0.00 | $434.90 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $293.84 | $0.00 | $293.84 |
| 23 | CITY OF PHILADELPHIA (LD)<br>»» 022 | Secured Creditors | $679.78 | $0.00 | $679.78 |
| 0 | MICHAEL D SAYLES ESQ | Attorney Fees | $4,500.00 | $3,811.90 | $688.10 |
| 0 | MICHAEL D SAYLES ESQ | Attorney Fees | $500.00 | $0.00 | $500.00 |
| 24 | GATEWAY MORTGAGE GROUP LLC<br>»» 08P | Secured Creditors | $7,402.20 | $0.00 | $7,402.20 |
| 0 | MICHAEL D SAYLES ESQ | Attorney Fees | $650.00 | $0.00 | $650.00 |
| 0 | MICHAEL D SAYLES ESQ | Attorney Fees | $1,450.00 | $0.00 | $1,450.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,720.00 | Current Monthly Payment: | $516.00 |
| Paid to Claims: | $3,811.90 | Arrearages: | $1,576.00 |
| Paid to Trustee: | $440.10 | Total Plan Base: | $36,740.00 |
| Funds on Hand: | $468.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.