United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 19-13014-amc

Traci Michelle Green                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Aug 18, 2021 | Form ID: pdf900 | Total Noticed: 75 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Traci Michelle Green, 7973 Temple Road, Philadelphia, PA 19150-2115 |
| 14322354 | | Account Assure, Plan Administrator, PO Box 101147, Birmingham, AL 35210-6147 |
| 14540309 | + | Ally Bank, c/o Regina Cohen, Esquire, Lavin, Cedrone,Graver,Boyd & Disipio, 190 North Independence Mall West, Suite, 6th and Race Streets Philadelphia, PA 19106-1554 |
| 14322357 | + | Alpha Recovery Corp., 6912 South Quentin Street, Unit 10, Englewood, CO 80112-4531 |
| 14396229 | | CVI SGP Acquisition Trust, PO Box 10587, Greenville, SC 29603-0587 |
| 14358619 | | CVI SGP-CO Acquisition Trust, PO Box 10587, Greenville, SC 29603-0587 |
| 14322367 | | Credit Control, PO Box 31179, Tampa, FL 33631-3179 |
| 14322373 | | Einstein Practice Plan, PO Box 8500-8735, Philadelphia, PA 19178-8735 |
| 14322376 | + | Firstsource Advantage LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 14322377 | | Firstsource Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 14322378 | + | Gateway Mortgage Group, LLC, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14322381 | | Genesis FS Card Services, PO Box 23026, Columbus, GA 31902-3026 |
| 14322382 | + | Grimley Financial, 30 Washington Avenue, Suite C-6, Haddonfield, NJ 08033-3341 |
| 14322388 | | PA Turnpike Toll by Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 14322389 | | Peco, P.O. Box 13439, Philadelphia, PA 19162-0439 |
| 14322391 | | Penn Credit, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106-9703 |
| 14322392 | + | Pennsylvania Turnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 14322393 | + | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 14358876 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14322397 | + | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 14322396 | | University of Pennsylvania Health System, PO Box 7777-W9480, Philadelphia, PA 19175-9480 |
| 14322398 | + | Van Ru Credit Corporation, 4839 North Elston Avenue, Chicago, IL 60630-2534 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 18 2021 23:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 18 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/Text: ally@ebn.phinsolutions.com | Aug 18 2021 23:26:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| 14334629 | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 18 2021 23:26:00 | Absolute Resolutions Investments, LLC, c/o |

| | | | |
|---|---|---|---|
| | | | Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14322355 | | Email/Text: bnc@alltran.com | |
| | | Aug 18 2021 23:26:00 | Alltran Financial, PO Box 722929, Houston, TX 77272-2929 |
| 14322356 | | Email/Text: ally@ebn.phinsolutions.com | |
| | | Aug 18 2021 23:26:00 | Ally, Payment Processing Center, PO Box 78252, Phoenix, AZ 85062-8252 |
| 14358933 | | Email/Text: ally@ebn.phinsolutions.com | |
| | | Aug 18 2021 23:26:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14322358 | + | Email/Text: bk@avant.com | |
| | | Aug 18 2021 23:26:00 | Avant, 640 North La Salle Drive, Suite 535, Chicago, IL 60654-3731 |
| 14322383 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Aug 18 2021 23:39:11 | Home Depot, Processing Center, Des Moines, IA 50364-0001 |
| 14322361 | | Email/Text: megan.harper@phila.gov | |
| | | Aug 18 2021 23:26:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14385407 | | Email/Text: megan.harper@phila.gov | |
| | | Aug 18 2021 23:26:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14345102 | + | Email/Text: documentfiling@lciinc.com | |
| | | Aug 18 2021 23:26:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14322359 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | |
| | | Aug 18 2021 23:28:28 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14322360 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | |
| | | Aug 18 2021 23:28:28 | Capital One Bank, 11013 W. Broad Street, Glen Allen, VA 23060-6017 |
| 14333187 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | |
| | | Aug 18 2021 23:28:38 | Capital One Bank (USA), N.A, PO BOX 71083, Charlotte NC 28272-1083 |
| 14332961 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | |
| | | Aug 18 2021 23:39:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14322362 | | Email/Text: bankruptcy@philapark.org | |
| | | Aug 18 2021 23:26:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14322363 | + | Email/Text: mediamanagers@clientservices.com | |
| | | Aug 18 2021 23:26:00 | Client Services, Inc, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 14322364 | + | Email/Text: documentfiling@lciinc.com | |
| | | Aug 18 2021 23:26:00 | Comcast Cable Communication, 1 Comcast CTR, Philadelphia, PA 19103-2833 |
| 14322365 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Aug 18 2021 23:26:00 | Comenity, PO Box 659707, San Antonio, TX 78265-9707 |
| 14322366 | | Email/Text: bankruptcy_notifications@ccsusa.com | |
| | | Aug 18 2021 23:26:00 | Credit Collection Services, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 14322368 | | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Aug 18 2021 23:28:40 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 14322386 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Aug 18 2021 23:39:02 | Macy's, PO Box 4564, Carol Stream, IL 60197-4564 |
| 14359481 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Aug 18 2021 23:26:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14326037 | | Email/Text: mrdiscen@discover.com | |
| | | Aug 18 2021 23:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14322372 | | Email/Text: mrdiscen@discover.com | |
| | | Aug 18 2021 23:26:00 | Discover Card, PO Box 6011, Dover, DE 19903-6011 |
| 14322374 | + | Email/Text: bknotice@ercbpo.com | |
| | | Aug 18 2021 23:26:00 | ERC, PO Box 57547, Jacksonville, FL 32241-7547 |

District/off: 0313-2                              User: admin                                        Page 3 of 4
Date Rcvd: Aug 18, 2021                          Form ID: pdf900                             Total Noticed: 75

| | | | |
|---|---|---|---|
| 14322375 | | Email/Text: bknotice@ercbpo.com | |
| | | Aug 18 2021 23:26:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 14352797 | + | Email/Text: bankruptcy@gatewayloan.com | |
| | | Aug 18 2021 23:26:00 | Gateway Mortgage Group, LLC, 244 South Gateway Place, Jenks, OH 74037-3460 |
| 14322379 | + | Email/Text: bankruptcy@gatewayloan.com | |
| | | Aug 18 2021 23:26:00 | Gateway Mortgage Group, LLC, 244 South Gateway Place, Jenks, OK 74037-3460 |
| 14322380 | | Email/Text: GenesisFS@ebn.phinsolutions.com | |
| | | Aug 18 2021 23:26:00 | Genesis FS Card Services, PO Box 4480, Beaverton, OR 97076-4480 |
| 14322384 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Aug 18 2021 23:39:16 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14322371 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Aug 18 2021 23:26:00 | Department of the Treasury, Internal Revenue Department, 600 Arch Street. Room 5200, Philadelphia, PA 19106 |
| 14322385 | | Email/Text: BKRMailOPS@weltman.com | |
| | | Aug 18 2021 23:26:00 | Jared Galleria of Jewelry, PO Box 740425, Cincinnati, OH 45274-0425 |
| 14325337 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Aug 18 2021 23:28:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14322387 | | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Aug 18 2021 23:26:00 | Midland Credit Management, 5775 Roscoe Court, Suite 2, San Diego, CA 92123-1356 |
| 14357406 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Aug 18 2021 23:26:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 14360122 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Aug 18 2021 23:28:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14359430 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Aug 18 2021 23:28:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14322390 | + | Email/Text: bankruptcygroup@peco-energy.com | |
| | | Aug 18 2021 23:26:00 | Peco, c/o Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14343424 | + | Email/Text: bankruptcy@philapark.org | |
| | | Aug 18 2021 23:26:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14355208 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Aug 18 2021 23:26:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14355209 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Aug 18 2021 23:26:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14357272 | + | Email/Text: bncmail@w-legal.com | |
| | | Aug 18 2021 23:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14322395 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Aug 18 2021 23:28:49 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14323879 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Aug 18 2021 23:28:49 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14322394 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Aug 18 2021 23:28:28 | Synchrony Bank, PO Box 965022, Orlando, FL 32896-5022 |
| 14323333 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Aug 18 2021 23:28:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14322399 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Aug 18 2021 23:26:00 | Victoria's Secret, PO Box 182128, Columbus, OH 43218-2128 |
| 14322402 | + | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Aug 18 2021 23:26:00 | WEB Bank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14322400 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Aug 18 2021 23:28:49 | Walmart, PO Box 965024, El Paso, TX 79998 |

District/off: 0313-2                                    User: admin                                    Page 4 of 4
Date Rcvd: Aug 18, 2021                          Form ID: pdf900                          Total Noticed: 75

14322401            Email/Text: megan.harper@phila.gov

Aug 18 2021 23:26:00    Water Revenue Bureau, Philadelphia Department
of Revenue, 1401 JFK Boulevard, Philadelphia,
PA 19102-1663

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14353306 | * | Department of the Treasury, Internal Revenue Department, PO BOX 7346, Philadelphia PA 19101-7346 |
| 14353307 | * | Department of the Treasury, Internal Revenue Department, PO BOX 7317, Philadelphia PA 19101-7317 |
| 14322370 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Department, Austin, TX 73301-0025 |
| 14322369 | ## | Department of Education, Fedloan Servicing, PO Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 20, 2021                          Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed
below:

| Name | Email Address |
| --- | --- |
| BRIAN E. CAINE | on behalf of Creditor Gateway Mortgage Group  a division of Gateway First Bank bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| KEVIN G. MCDONALD | on behalf of Creditor Gateway Mortgage Group  a division of Gateway First Bank bkgroup@kmllawgroup.com |
| MICHAEL D. SAYLES | on behalf of Debtor Traci Michelle Green midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Gateway Mortgage Group  a division of Gateway First Bank bkgroup@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com  ksweeney@lavin-law.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter 13
     TRACI MICHELLE GREEN
                                                Bankruptcy No. 19-13014-AMC

     Debtor

## ORDER DISMISSING CHAPTER 13 CASE

     AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

     IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from  payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

     IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 18, 2021**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE